# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>NETCO LOGISTICS LLC,<br><br>Defendant. | Adv. Proc. No. 22-50204 (CTG) |

**STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTER**

Alfred T. Giuliano, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.* (the "Plaintiff"), in the above-referenced case, hereby submits this status report.

Attached hereto is the status for the above-referenced case associated with Start Man Furniture, LLC, *et al.*, Case No. 20-10553 (CTG).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Dated: January 17, 2023 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
　　　　acaine@pszjlaw.com
　　　　jnolan@pszjlaw.com
　　　　pkeane@pszjlaw.com

*Counsel to Plaintiff, Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Start Man Furniture, LLC, et al.*

2

DOCS_DE:241360.2

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Adv. Case No. | Defendant(s) Name | Electronic Text Comment |
|---|---|---|
| 22-50204 | Netco Logistics LLC | Ian Connor Bifferato has been appointed mediator in this case. Mediation status report filed on December 21, 2022. |